**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MARCOS CAMPANA VACACELA,

Plaintiff

vs.

BARCLAYS BANK DELAWARE, CITIBANK, N.A, GOLDMAN SACHS BANK USA, SYNCHRONY BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,

Defendants

Civil Case Number:

**NOTICE OF REMOVAL**

TO: United States District Court, Eastern District of New York:

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1331, 1441 and 1446, Defendant Barclays Bank Delaware ("Barclays"), by and through its attorneys, Holland & Knight LLP, hereby removes this action to the United States District Court for the Eastern District of New York, where there is a question of federal law at issue. Barclays respectfully states the following grounds for removing this action:

## RELEVANT FACTS

1. Barclays is a defendant in the civil action entitled *Marcos Campana Vacacela v. Barclays Bank Delaware, et. al,* Index. No. 612215/2026, pending in the Supreme Court of the State of New York, County of Nassau ("State Court Action").

2. Plaintiff Marcos Campana Vacacela ("Plaintiff") filed a Complaint on June 5, 2026, which was served on June 24, 2026. *See*, Complaint ("Compl." Exhibit A).

3. Plaintiff alleges claims against Barclays for violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.* (the "FCRA") *See* Compl. ¶ 1.

4. As of July 10, 2026, no other pleadings or papers have been filed with the Supreme Court of the State of New York, County of Nassau.

5. The United States District Court for the Eastern District of New York embraces the place where the State Court Action is pending.

**TIMELINESS OF REMOVAL**

6. The Complaint was served on Barclays on June 24, 2026. This Notice of Removal is therefore timely because it was filed within 30 days of service on Barclays.

**THE COURT HAS SUBJECT MATTER JURISDICTION**

7. Removal is proper under 28 U.S.C. § 1331, because the Plaintiff alleges, *inter alia*, federal claims against Barclays for violation of the FCRA.

8. United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America such as the FCRA.

9. Removal of such cases is governed by 28 U.S.C. §§ 1331 and 1441(a). Section 1331 states, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Further, Section 1441(a) states any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

10. Plaintiff's causes of action for alleged violation of the FCRA, 15 U.S.C. § 1681 *et seq*., "arises under" the laws of the United States. *See* 28 U.S.C. § 1331; 15 U.S.C. § 1681, *et seq.* Therefore, this Court may properly exercise jurisdiction over this claim pursuant to 28 U.S.C. § 1331.

11. Pursuant to 28 U.S.C. § 1367, this Court may also exercise supplemental jurisdiction over any state law claims not governed by federal law such as the NYFCRA claim.

12. Defendants Citibank, N.A., Goldman Sachs Bank, N.A., Synchrony Bank, Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union, LLC have not yet appeared in this action.

**REMOVAL IS PROPER**

13. This action is currently pending in the Supreme Court of the State of New York, County of Nassau and may be removed to the United States District Court for the Eastern District of New York. Accordingly, this case is properly removable as the requirements for federal question jurisdiction are satisfied.

14. Barclays reserves all rights, claims, and defenses relative to the action filed by Plaintiff and expressly does not waive any defense available in filing this notice.

15. Pursuant to 28 U.S.C. § 1446(d), Barclays will promptly serve this Notice of Removal upon all parties and shall promptly serve a copy thereof upon the clerk of the Supreme Court of the State of New York, County of Nassau.

**WHEREFORE**, Defendants Barclays Bank Delaware respectfully requests that the matter designated by the Complaint be removed to the United States District Court for the Eastern District of New York and proceed before this Court as an action properly removed.

Dated: July 24, 2026

HOLLAND & KNIGHT LLP

By: */s/ Jonathan M. Marmo*
Jonathan M. Marmo, Esq.
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: 215.252.9568
Jonathan.marmo@hkmlaw.com

*Counsel for Defendant Barclays Bank Delaware*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Removal was filed using the Court's E-Filing system on July 24, 2026 which will notify all counsel of record authorized to receive such filings. Additionally, a copy of same was sent, via overnight mail, to counsel for Plaintiff at the address of record:

Sanders Law Group
Alain Cesar, Esq.
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Fax: (516) 203-7613

*/s/ Jonathan M. Marmo*
Jonathan M. Marmo